EC

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Joshua E. Green<br>39642 Poland Road<br>Flushing, Ohio 43977 | )<br>)<br>)<br>)<br>)<br>) |

Case No.     2:22-mj-443

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 2021 - December 2021___ in the county of ___Belmont___ in the

___Southern___ District of ___Ohio___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2252 and 2252A | Receipt, distribution and possession of child pornography/visual depictions of minors engaged in sexually explicit activity |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Bianca Ragone, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     June 24, 2022

_____
Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state:          Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | **Case No.:** 2:22-mj-443 |
| **United States of America** | ) | |
| v. | ) | |
| **Joshua E. GREEN** | ) | **Magistrate Judge** Vascura |
| **39642 Poland Road** | ) | |
| **Flushing, Ohio 43977** | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bianca Ragone (your affiant), a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since September 2019. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training on cybercrimes, child exploitation, child pornography, and the dark web. I have been assigned to the Franklin County Internet Crimes Against Children (ICAC) Task Force investigating child exploitation offenses since November 2019. Prior to that, I worked for the Federal Bureau of Investigation for three years as a Student Work Force Trainee on a Violent Crimes Task Force working child exploitation cases. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a criminal complaint.

2. The statements contained in this affidavit are based in part on information provided by local, state, and federal law enforcement; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have not omitted any facts that would negate probable cause. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Joshua Edward GREEN (GREEN) committed the violations listed above.

1

3.     On June 17, 2022, your affiant received information pertaining to an individual by the name of Joshua E. GREEN, date of birth as February 14, 1981, who was believed to have traded child pornography online after having sustained local convictions for various crimes against children. Specifically, your affiant learned that GREEN was a Tier II registered sex offender currently residing in Flushing, Ohio. Your affiant subsequently obtained numerous reports and spoke with a Special Agent from the Federal Bureau of Investigation (FBI) regarding the FBI investigation of GREEN that had been conducted in the prior months.

4.     In or about September of 2021, an FBI Online Covert Employee (OCE) entered a Kik chatroom dedicated to incest and child pornography and engaged in a conversation with Kik user "blueeyes9940" who was later identified as GREEN. During this conversation, the OCE disclosed to GREEN that the OCE was a 12-year-old female, and, at that time, GREEN initiated a private message with OCE via Kik. During GREEN's private messages with the OCE, GREEN distributed numerous images of his nude penis to the OCE along with images of his face. In addition, throughout the course of the conversations between GREEN and the OCE, GREEN requested to know what kind of panties the OCE was wearing that day.

5.     Law enforcement then conducted an open-source search for the name "Joshua Green" which revealed that there was a Joshua Green in Flushing, Ohio who was a registered sex offender. The open-source search also contained a photograph of GREEN. The OCE recognized GREEN from that photo, noting it was the same person depicted as the selfie photographs sent to the OCE by the Kik "blueeyes9940" account. The OCE also learned from the sex offender registry that GREEN worked at 105 Lafayette Ave. Moundsville, West Virginia. Further investigation revealed located at that address was a Perkins Restaurant & Bakery. Your affiant would note that during GREEN's chats with the OCE, GREEN stated he was a chef and sent an image of himself in what appeared to be a Perkins t-shirt.

6.     On October 6, 2021, legal process was served on Kik for account information related to "blueeyes9940". In response, Kik noted that the username for the account was "Jay Blue" and the email associated to the account was joshugreen782@yahoo.com[1]. The registration date for the account was also noted as August 29, 2021.

7.     Kik also provided IP logs for the Kik account. A subsequent review of the IP logs indicated that IP address 73.183.7.145 was one of the IP addresses used on or about the times GREEN was in contact with the OCE. Further open-source searches revealed the above-mentioned IP address was owned and operated by Internet Service Provider (ISP) Comcast Cable. A follow-up subpoena was served on Comcast Cable regarding the above-mentioned IP address and their response indicated the following:
**Subscriber Name**: Brenda Green
**Subscriber Address**: 39642 Poland Road Flushing, OH 43977

8.     Further open-source research for "Brenda Green" revealed that Brenda still resided at the Flushing, Ohio address with GREEN.

---

[1] Your affiant would note that during an interview with GREEN at a later date, he indicated that this email was a typo and was supposed to be joshuagreen782@yahoo.com.

2

9.     On or about February 24, 2022, law enforcement relocated to 39642 Poland Road Flushing, Ohio to conduct a potential interview with GREEN.  GREEN was present at the residence and agreed to speak with agents.  GREEN indicated that he had previously used Kik for about one to two years but was not active on it anymore.  GREEN remembered engaging in a conversation with a 12-year-old girl[2] via his Kik account and admitted to sending that Kik account pictures of his nude penis.  GREEN further admitted to doing this to multiple underaged females via Kik.  GREEN further admitted that he had received child pornography of underaged females on Kik but did not remember how many images he had received. He further admitted to being attracted to underaged females and masturbating to child pornography viewed in the Kik groups. GREEN then consented to the FBI seizing his Apple iPhone 13 to conduct a forensic examination on the device.

10.     In or about June 2022, your affiant learned that a CyberTipline report was submitted to the National Center for Missing and Exploited Children (NCMEC) on or about January 1, 2022.  The CyberTipline report related to the distribution of child pornography from a Kik Messenger account with the username "blackandblue199940". According to the information that was provided by Kik, between November 25, 2021, and December 2, 2021, approximately nine files depicting child pornography were sent from "blackandblue199940" to another user via Kik private chat message. The CyberTipline report indicted all files were identified using the MD5 hash matching method[3] but were viewed by the reporting party, Kik. Copies of the uploaded files were included with the CyberTipline report. Your affiant reviewed the files and determined all nine files to be child pornography depicting mostly prepubescent females engaged in sex acts with adult males or masturbation.

11.     The CyberTipline also included information pertaining to the IP addresses utilized to access the Kik account at the time the suspect files were transmitted.  Your affiant would note that the IP address 73.183.7.145 was listed which was the same IP address GREEN had utilized when conversing with the OCE via Kik.  In addition, the CyberTipline provided an email account for the "blackandblue199940" user as joshuagreen782@yahoo.com.

12.     In addition to the information noted above, the CyberTipline report also made reference to a second, separate CyberTipline report (Report #105762919) via the NCEMC relating to the same IP address of 73.183.7.145.   More specifically, your affiant learned that in February 2022, a subpoena was served to Yahoo, also known as Oath Holdings Inc., by the Ohio Internet Crimes Against Children (ICAC) Task Force relating to the joshugreen782@yahoo.com email address. On or about March 15, 2022, return results indicated that the email address came back to a Joshua Green with recovery phone number of (740) 338-7402.  Further legal process was then served to AT&T, the service provider for the above-mentioned phone number and

---

[2] GREEN was not and is not aware he was speaking to an OCE on Kik. He believed he was talking to a 12-year-old female.

[3] A hash value is "an algorithmic calculation that yields an alphanumeric value for a file." *United States v. Stevenson*, 727 F.3d 826, 828 (8th Cir. 2013). Hash values have been referred to as a "unique digital fingerprint," *United States v. Sosa-Pintor*, 741 Fed. Appx. 207 (5th Cir. 2018), and are "regularly used to compare the contents of two files against each other." *United States v. Reddick*, 900 F.3d 636, 637 (5th Cir. 2018).  Because only two identical files will return the same hash value, both law enforcement and private cloud storage companies use hash matching to identify and attempt to thwart the spread of child pornography material on the internet. *Id*. at 637-638.

results from that revealed that the phone was registered to Brenda Bethel, AKA Brenda Green, residing at 39642 Poland Road Flushing, Ohio.

13.     Furthermore, your affiant learned that the CyberTipline report (#105762919) was submitted to the NCMEC on or about October 26, 2021 and related to the distribution of child pornography from a Kik Messenger account with the username "blueeyes9940". According to the information that was provided by Kik, on or about October 2, 2021, approximately two files depicting child pornography were sent from the Kik "blueeyes9940" account to another user via private Kik chat messages. The CyberTipline report indicted both files were identified using the MD5 hash matching method and were originally viewed by the reporting party, Kik. Copies of the uploaded files were included with the CyberTipline report. Your affiant reviewed the files and determined both files to be child pornography which depicted a prepubescent female engaged in acts of masturbation and a prepubescent female, approximately five years of age, engaging in sex acts with an adult male. In addition to the uploaded files, the CyberTipline report also included relevant IP addresses and registration email addresses, both of which again tied back to GREEN.

14.     On June 17, 2022, GREEN was arrested by the Belmont County Sheriff's Office (BCSO) on multiple violation of the Ohio Revised Code. During his arrest, a cellphone was seized from his person. Pursuant to his arrest, GREEN was interviewed by BCSO and post-*Miranda,* indicated that no one else had access to his phone and that any child pornography downloaded to his phone was from Kik. GREEN admitted that he had viewed child pornography which depicted female(s) in the images/videos as young as 13 years of age. GREEN indicated that he was unsure if any child pornography would be found on his phone because he deletes the files, further explaining that he would not keep the files long before deleting. GREEN confirmed that prior to deleting images of child pornography off his phone, he would masturbate to the images/videos. GREEN also confirmed his email account was joshuagreen782@yahoo.com and that one of his Kik accounts was "blackandblue199940". GREEN further admitted that he would distribute child sexual abuse material in Kik group chats and that he has an addition to child pornography.

15.     Your affiant has confirmed that on January 31, 2014, GREEN was convicted of one count of Unlawful Sexual Conduct with a Minor and one count of Pandering Obscenity Involving a Minor in violation of Ohio Revised Code 2907.04(A)(B)(3) and 2907.321(A)(5) out of Belmont County, Ohio. GREEN was sentenced to six months incarceration in Belmont County jail and then six months at the Eastern Ohio Correction Center (EOCC). GREEN was also classified as a Tier II sex offender.

16.     Based upon the above information, your affiant submits that there is probable cause to believe that Joshua E. GREEN has committed offenses in violation of 18 U.S.C. Sections 2252 and 2252A – the distribution, receipt, and possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Bianca Ragone
Special Agent
Homeland Security Investigations

Sworn and Subscribed to before me on this 24rd Day of June 2022.

Chelsey M. Vascura
Magistrate Judge
U.S. District Court for the Southern District of Ohio